FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0333

_____

IN RE THE PARENTING OF:

R.T.C.,

TIMOTHY RAY CLARK,

     Petitioner and Appellee,                       O R D E R

  and,

J'AIME COLLEEN O'NEILL,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022